UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RAYMOND VOGELMAN, by and through its successor-in-interest J. Leslie Crawford; and J. LESLIE CRAWFORD,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, ANTHONY RAY, WILLIAM GORE, and DOES 1–31,<br><br>　　　　　　　　　Defendants. | Case No. 24-cv-0234-BAS-MMP<br><br>**ORDER GRANTING PARTIES' JOINT MOTION (ECF No. 15)** |

Before the Court is the parties' Joint Motion for an Order Staying Proceedings and Tolling the Statutes of Limitations Pending the Conclusion of the Homicide Investigation of Decedent's Death ("Joint Motion"). (ECF No. 15.) In their Joint Motion, the parties request the Court stay the case while a criminal investigation into the decedent's death is pending. (*Id.*)

"A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299

U.S. 248, 254 (1936)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254. "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of Calif.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Court finds a stay in this case is appropriate and effective in conserving time and effort for itself and the parties while the investigation is in progress because the case principally concerns the circumstances of the decedent's death. Therefore, the Joint Motion is hereby **GRANTED**. (ECF No. 15.) The Court accordingly orders as follows:

1. All proceedings in this matter shall be **STAYED** pending the conclusion of the homicide investigation of the decedent's death;
2. The statutes of limitations as to the 42 U.S.C. § 1983 claims and any state law claims as provided for in California Code of Civil Procedure section 335.1, are tolled as to the Doe defendants, from the date of this order, until such time as the stay is lifted;
3. Defendants retain all rights to raise any issue regarding compliance with the California Government Claims Act, without prejudice;
4. Defendants will notify Plaintiffs **within 10 days** of the conclusion of the homicide investigation and the parties will provide a joint status report to the Court;
5. While the investigation is pending, the parties will jointly file a status update with the Court every six months while the stay is in place. The first status update is due **on or before January 3, 2025**. Subsequent status updates are to be filed every six months thereafter.

6. The Court **TERMINATES** the pending Motion to Dismiss (ECF No. 10). Upon conclusion of the stay, the Court will reinstate or direct Defendants to refile the Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: July 2, 2024

Hon. Cynthia Bashant
United States District Judge