# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RAYMOND VOGELMAN; J. LESLIE CRAWFORD, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, *et. al.*, <br><br> Defendants. | Case No. 24-cv-00234-BAS-MMP <br><br> **ORDER GRANTING AMENDED MOTION TO SUBSTITUTE ATTORNEY (ECF No. 97)** |

Presently before the Court is an amended motion to substitute counsel of record for Defendants. Specifically, Dick A. Semerdjian, Kristen M. Bush, Roxanna Palizi, and Sofia N. Carrasco, of the law firm Schwartz Semerdjian Cauley Schena & Bush Llp, withdraw as Attorneys of Record for Defendants County Of San Diego, Anthony Ray, William Gore, M. Tillman, C. Ceballos, C. Gardenhire, D. Julian, N. Ramirez, J. Vickers, B. Do, C. Infante Martin, J. Mcintire, A. Rapp, R. Labranche, D. Preciado, B. Mazzola, A. Boorman, A. Zelt, D. Guzman and B. Herrera ("Defendants"). The attorneys Mitchell D. Dean and Aleries Lau from the law firm Dean Gazzo Roistacher LLP shall substitute as Attorneys of Record for Defendants.

The Court **GRANTS** the amended motion for substitution. (ECF No. 97.) The Court further **TERMINATES AS MOOT** the earlier joint motion to substitute counsel. (ECF No. 96.)

    <u>The Clerk of Court is directed to update the docket to reflect this substitution. The Clerk of Court shall also update all records and service lists.</u>

    **IT IS SO ORDERED.**

**DATED: January 13, 2026**

*[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**